JAMES PINDER *v.* COMMISSIONER OF CORRECTION

The petitioner James Pinder's petition for certification for appeal from the Appellate Court, 108 Conn. App. 904 (AC 28768), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel,* special public defender, in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided July 17, 2008

STATE OF CONNECTICUT *v.* BRIAN FIELDING

The petition by the state of Connecticut for certification for appeal from the Appellate Court (AC 29194) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the appeal of the state of Connecticut for lack of a final judgment?"

The Supreme Court docket number is SC 18184.

*Timothy J. Sugrue,* senior assistant state's attorney, in support of the petition.

Decided July 17, 2008